# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00790-CV

**In re Lawrence Ray Douglas**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M  O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: January 8, 2026